# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DONALD LYNN HUDSON, Jr.,** *Plaintiff*, v. **MACON COUNTY JAIL,** *Defendant*. | **CIVIL ACTION NO. 5:21-cv-00372-TES-CHW** |

### ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 7]. Plaintiff's Motion is quite scant and only included three sentences. The first is a notification to the Court of a change of address. [*Id.*]. The second is his statement that he "wish[es] to appeal [his] case # 5:21-cv-00372-TES-CHW." [*Id.*]. The last sentence is his request to "process with my case without paying filing fees." [*Id.*].

Federal Rule of Appellate Procedure 24 provides the guidelines one must follow when requesting to proceed *in forma pauperis*. *See* Fed. R. App. P. 24(a). Specifically, in addition to the Motion, one must attach an affidavit showing in detail their inability to pay or give security for costs and fees, claims an entitlement to redress, and states the issue they intend to present on appeal. Fed. R. App. P. 24(a)(1). Not only did Plaintiff fail to include an affidavit with his motion, but he failed to claim he is unable to pay the

filing fees or costs, he failed to claim an entitlement to redress, and failed to provide any issues he intends to present on appeal. His assertion that he wishes to appeal his case and his desire to do so without paying the filing fees is insufficient. Accordingly, the Court **DENIES** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 7].

**SO ORDERED**, this 24th day of January, 2022.

S/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
